# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SMITH, LISA M. | U.S.DISTRICT COURT, SDNY | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE FULL TIME | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Pace University School of Law - Teaching | $2,235.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chase Cash accounts | | None | J | T | | | | | |
| 2. TD Bank Cash account | | None | J | T | | | | | |
| 3. Fidelity NY Municipal Money Market Fund | | None | | | Closed | 01/10/19 | J | | |
| 4. Fidelity IRA (Fidelity Fund--FFIDX) | A | Dividend | K | T | | | | | |
| 5. Fidelity IRA (Cash Reserves) | A | Dividend | K | T | | | | | |
| 6. Webster Bank, Wilton CT -- Checking Account | | None | K | T | | | | | |
| 7. HSBC IRA (Fideltiy Puritan Fund) (X) | A | Dividend | K | T | | | | | |
| 8. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | K | T | | | | | |
| 9. HSBC Cash Account | | None | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Investment Account #1(H) | | | | | | | | | |
| 12. - Stifel Nicolaus money market account | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. - Vanguard Treasury Money Market Fund | A | Dividend | L | T | Buy | 11/01/19 | L | | |
| 15. | | | | | | | | | |
| 16. - Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | | | Buy (add'l) | 02/22/19 | J | | |
| 17. | | | | | | Sold (part) | 05/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/31/19 | K | A | |
| 19. | | | | | | | | | |
| 20.    - American High Income Bond Fund | A | Dividend | | | Buy | 05/22/19 | J | | |
| 21. | | | | | Sold | 10/31/19 | J | A | |
| 22.    - Blackrock Equity Dividend Fund | A | Dividend | | | Buy (add'l) | 02/22/19 | J | | |
| 23. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 24. | | | | | Sold | 10/31/19 | J | | |
| 25. | | | | | | | | | |
| 26.    - Columbia Contrarian Core Fund | | | | | Sold (part) | 02/22/19 | J | A | |
| 27. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 28. | | | | | Sold | 10/31/19 | J | A | |
| 29. | | | | | | | | | |
| 30.    - American Beacon International Equity Fund | | | | | Buy (add'l) | 02/22/19 | J | | |
| 31. | | | | | Sold (part) | 08/23/19 | J | | |
| 32. | | | | | Sold | 10/31/19 | J | A | |
| 33. | | | | | | | | | |
| 34.    -Fidelity Advisor New Insights Fund Instl Cl | A | Distribution | | | Sold (part) | 02/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 36. | | | | | Sold | 10/31/19 | J | A | |
| 37. | | | | | | | | | |
| 38. - FMI International Fund | | | | | Sold (part) | 02/22/19 | J | | |
| 39. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 40. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 41. | | | | | Sold | 10/31/19 | J | A | |
| 42. | | | | | | | | | |
| 43. - Goldman Small Cap Insights Fund | | | | | Sold (part) | 02/22/19 | J | A | |
| 44. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 45. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 46. | | | | | Sold | 10/31/19 | J | A | |
| 47. | | | | | | | | | |
| 48. - Ivy Mid Cap Growth Fund | | | | | Sold (part) | 02/22/19 | J | A | |
| 49. | | | | | Sold | 10/31/19 | J | A | |
| 50. | | | | | | | | | |
| 51. - MFS Intl Growth Fund | | | | | Sold (part) | 02/22/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 53. | | | | | Sold | 10/31/19 | J | A | |
| 54. | | | | | | | | | |
| 55.  - Nuveen Small Cap Value Fund | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 56. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 57. | | | | | Sold | 10/31/19 | J | | |
| 58. | | | | | | | | | |
| 59.  - Invesco Oppenheimer Developing Markets<br>Fund Cl Y | | | | | Sold<br>(part) | 02/22/19 | J | A | |
| 60. | | | | | Sold<br>(part) | 05/22/19 | J | A | |
| 61. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 62. | | | | | Sold | 10/31/19 | J | A | |
| 63. | | | | | | | | | |
| 64.  - Wells Fargo Special Mid Cap Value Fund | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 65. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 66. | | | | | Sold | 10/31/19 | J | A | |
| 67. | | | | | | | | | |
| 68.  - Meridian Small Cap Growth Fund | | | | | Sold<br>(part) | 02/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 70. | | | | | Sold | 10/31/19 | J | | |
| 71. | | | | | | | | | |
| 72.   - Thornburg Ltd Term Muni Fund | A | Dividend | | | Buy<br>(add'l) | 02/22/19 | J | | |
| 73. | | | | | Sold<br>(part) | 05/22/19 | J | | |
| 74. | | | | | Sold | 10/31/19 | J | A | |
| 75.   Investment Account #2(H) | | | | | | | | | |
| 76.    -- Stifel Insured Bank Program | A | Interest | J | T | | | | | |
| 77. | | | | | | | | | |
| 78.    -- Franklin NY Tax Free Income Fund, Cl A<br>(FNYTX) | A | Dividend | J | T | | | | | |
| 79. | | | | | | | | | |
| 80.   Retirement Account #1(H) | | | | | | | | | |
| 81.   Stifel Nicolaus IRA money market | A | Interest | J | T | | | | | |
| 82. | | | | | | | | | |
| 83.   - American Beacon International Equity<br>Fund | A | Dividend | J | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 84. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    - Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold<br>(part) | 02/13/19 | J | | |
| 87. | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 88. | | | | | | | | | |
| 89.    - Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 91. | | | | | | | | | |
| 92.    - FMI International Fund Instl | A | Dividend | J | T | Buy<br>(add'l) | 05/22/19 | J | | |
| 93. | | | | | Sold<br>(part) | 02/22/19 | J | | |
| 94. | | | | | | | | | |
| 95.    - Fidelity Advisor New Insights Mutual<br>Fund Institutional Class | A | Dividend | J | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 96. | | | | | Sold<br>(part) | 02/22/19 | J | A | |
| 97. | | | | | | | | | |
| 98.    - Goldman Sachs Intl Small Cap Insights<br>Fund | A | Dividend | J | T | Buy<br>(add'l) | 05/22/19 | J | | |
| 99. | | | | | Sold<br>(part) | 02/22/19 | J | A | |
| 100. | | | | | | | | | |
| 101.   - Harbor Bond Fund | A | Dividend | J | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 102. | | | | | Sold<br>(part) | 02/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104.   - Ivy Mid Cap Growth Fund | A | Distribution | J | T | Buy | 02/22/19 | J | | |
| 105. | | | | | Sold<br>(part) | 02/13/19 | J | A | |
| 106. | | | | | | | | | |
| 107.   - JP Morgan Govt Bond Fund | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 108. | | | | | | | | | |
| 109.   - MFS Intl Growth Fd Cl I | A | Dividend | J | T | Sold<br>(part) | 02/22/19 | J | A | |
| 110. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 111. | | | | | | | | | |
| 112.   - Meridian Sm Cap Gr Fund Investor Class | A | Distribution | J | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 113. | | | | | Sold<br>(part) | 08/23/19 | J | A | |
| 114. | | | | | | | | | |
| 115.   - Nuveen Small Cap Value Fund | A | Dividend | J | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 116. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 117. | | | | | | | | | |
| 118.   - PGIM High Yield | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 119. | | | | | Sold<br>(part) | 08/23/19 | J | A | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | | | | | |
| 121.   - Invesco Oppenheimer Developing Markets Fund Class Y | A | Dividend | J | T | Buy (add'l) | 02/22/19 | J | | |
| 122. | | | | | Sold (part) | 02/13/19 | J | A | |
| 123. | | | | | Sold (part) | 05/22/19 | J | A | |
| 124. | | | | | Sold (part) | 08/23/19 | J | A | |
| 125. | | | | | | | | | |
| 126.   Vanguard Short Term Federal Fund | A | Dividend | | | Buy (add'l) | 02/22/19 | J | | |
| 127. | | | | | Sold (part) | 02/13/19 | J | A | |
| 128. | | | | | Sold | 05/22/19 | J | A | |
| 129. | | | | | | | | | |
| 130.   - Wells Fargo Govt Securities Fund Admin Class | A | Dividend | | | Sold (part) | 02/13/19 | J | | |
| 131. | | | | | Sold | 02/22/19 | J | | |
| 132. | | | | | | | | | |
| 133.   - Wells Fargo Special Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 08/23/19 | J | | |
| 134. | | | | | | | | | |
| 135.   Inherited IRA(H) | | | | | | | | | |
| 136.   - Stifel Insured Bank Program | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138.  - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 139. | | | | | | | | | |
| 140.  - Franklin Income Fund, Advisor Class | A | Dividend | | | Sold | 10/30/19 | J | | |
| 141. | | | | | | | | | |
| 142.  - Ishares S&P Mid Cap 400 Growth ETF (IJK) | A | Dividend | J | T | Sold (part) | 10/30/19 | J | A | |
| 143. | | | | | | | | | |
| 144.  - Ishares S&P Small Cap 600 Growth ETF (IJT) | A | Dividend | J | T | Sold (part) | 10/30/19 | J | A | |
| 145. | | | | | | | | | |
| 146.  - Janus Balanced Fund | A | Dividend | J | T | Buy | 10/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments

1. Rows 59 & 121:  Invesco acquired the Oppenheimer Funds in May of 2019 and changed the name of Oppenheimer Developing Markets Fund to Invesco Oppenheimer Developing Markets Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 08/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LISA M. SMITH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544